**GOOD | GUSTAFSON | AUMAIS LLP**
CHRISTOPHER T. AUMAIS (SBN 249901)
CHRISTOPHER B. GOOD (SBN 232722)
J. RYAN GUSTAFSON (SBN 220802)
2330 Westwood Boulevard, Suite 103
Los Angeles, California 90064
Telephone: (310) 274-4463
E-mail: cta@ggallp.com
E-mail: cbg@ggallp.com
E-mail: jrg@ggallp.com

**THE KEETON FIRM, LLC**
Steffan T. Keeton*
100 South Commons, Suite 102
Pittsburgh, PA 15212
Telephone: (888) 412-5291
stkeeton@keetonfirm.com
**pro hac vice* forthcoming

**THE MILLS LAW FIRM**
Michael A. Mills*
52D Briar Hollow Lane
Houston, TX 77027
Telephone: (713) 882-4915
mickey@millsmediation.com
**pro hac vice* forthcoming

Counsel for Plaintiff and the Class

**KUTAK ROCK LLP**
BRADLEY P. BOYER (SBN 179430)
Bradley.Boyer@KutakRock.com
777 South Figueroa Street
Suite 4550
Los Angeles, CA 90017-2513
Telephone: 213-312-4047

Counsel for Defendant
Pacha Soap Co.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CALEY KEENE, individually and on behalf of all others similarly situated,

Plaintiff,

v.

PACHA SOAP CO.,

Defendant.

Case No. 3:26-cv-02520-JCS

The Honorable Joseph C. Spero

**JOINT STIPULATION TO DISMISS CASE AND ~~[PROPOSED]~~ ORDER**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Defendant Pacha Soap, Co. and Plaintiff Caley Keene, by and through their undersigned counsel, being all of the parties to this action, jointly stipulate to the dismissal of this action with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of the putative class with each party to bear its own fees and costs.

The Parties jointly represent as follows in support of this stipulation:

1. This action was filed on March 23, 2026. No motion for class certification has been filed. No class has been certified. No discovery has been conducted regarding class issues. No notice of any kind has been issued to putative class members.

2. The Parties jointly represent that dismissal of the putative class claims without prejudice will not result in prejudice to absent putative class members:

3. Reliance. The Parties are unaware of any media coverage regarding this action other than routine legal industry reporting. Plaintiff's counsel has not received any communication from any putative class member regarding this action. There is no basis to conclude that absent putative class members relied on the filing of this action.

4. Statute of Limitations. Plaintiff's claims arise under California Business & Professions Code sections 17200 and 17500 (four-year limitations period) and the Consumer Legal Remedies Act, Cal. Civ. Code section 1750 et seq. (three-year limitations period)[1]. This action has been pending for less than five months. Under *American Pipe & Construction Co. v. Utah*, 414 U.S. 538, 561 (1974), the statute of limitations has been tolled for putative class members during the pendency of this action. Putative class members face no rapidly approaching limitations deadline.

[1] The Complaint also asserts a claim for unjust enrichment, which is subject to a three or four-year limitations period under California law.

5. No Concession of Class Interests. The putative class claims are dismissed without prejudice. No class interests are compromised, released, or adjudicated by this dismissal. Absent putative class members retain all rights to pursue their own claims.

6. Based on the foregoing, the Parties jointly represent that notice to putative class members is not necessary.

**IT IS SO STIPULATED.**

DATED: August 17, 2026

GOOD | GUSTAFSON | AUMAIS LLP

By: /s/ J. Ryan Gustafson[2]
J. Ryan Gustafson
Counsel for Plaintiff Caley Keene

DATED: August 17, 2026

KUTAK ROCK LLP

By: /s/ Bradley P. Boyer
Bradley P. Boyer
Attorneys for Defendant
Pacha Soap Co.

[2] Pursuant to Civil Local Rule 5-1(i)(3), I, J. Ryan Gustafson, hereby attest that concurrence in the filing of this document has been obtained from Bradley P. Boyer, counsel for Defendant.

**[PROPOSED] ORDER**

Having reviewed the parties' Joint Stipulation and the representations contained therein, and good cause appearing, IT IS HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE as to Plaintiff Caley Keene's individual claims, and DISMISSED WITHOUT PREJUDICE as to the claims of the putative class members, with each party bearing its own attorneys' fees and costs. The Court finds that notice to putative class members is not necessary given the early stage of the proceedings, the absence of any reliance by putative class members, and because the dismissal of putative class claims is without prejudice. The Clerk is directed to close the file.

**IT IS SO ORDERED.**

DATED: August 19, 2026 By: ______________________________

The Honorable Joseph C. Spero
United States Magistrate Judge